# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**GARRIN DAVID SMITH, # 11304-171**
a.k.a. Garrett D. Smith                                                                    **PLAINTIFF**

**VERSUS**                                         **CIVIL ACTION NO. 5:09-cv-188-DCB-MTP**

**JOHNNY MACK BROWN, et al.**                                                 **DEFENDANTS**

## ORDER

Before the Court is Plaintiff's motion to dismiss [10] in which he states that he wishes to dismiss the above entitled action. The Court is of the opinion that the same is well taken and should be granted. Accordingly, the Plaintiff's motion to dismiss is **granted** and this cause is hereby **dismissed** without prejudice.

**SO ORDERED** this the  27th   day of January, 2010.


                                    s/David Bramlette
                                    UNITED STATES DISTRICT JUDGE